UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FIDEL REYES ORTIZ,<br><br>      Plaintiff,<br><br>   v.<br><br>JERRY'S WELDING & FAB, INC., et al.,<br><br>      Defendants. | Case No.  14-cv-00296-BLF<br><br>**CASE MANAGEMENT ORDER** |

On July 3, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | 12/04/2014 |
| Further Case Management Statement due | 11/26/2014 |
| Expert Disclosure | 90 Days before Trial |
| Last Day for Rebuttal Expert Designation | 60 Days before Trial. |
| Expert Discovery Cut-Off | 30 Days before Trial. |
| Fact Discovery Cut-Off | 12/05/2014 |
| Last Day to Hear Dispositive Motions | 03/05/2015 at 9:00 am. – Parties must reserve hearing date prior to filing of motions. |
| Final Pretrial Conference | 05/07/2014 at 2:30 pm. |
| Trial | 05/18/2015 at 9:00 am |

1

2      IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery

3  are referred to the assigned Magistrate Judge.

4      IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing

5  orders, which are available on the Court's website and in the Clerk's Office.

6      IT IS FURTHER ORDERED THAT the Parties are to contact ADR regarding setting a

7  settlement conference date.  Court orders all Parties to be present at settlement conference.

8

9  Dated: July 03, 2014

10  _____

11  BETH LABSON FREEMAN
United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28