Richard C. J. Wahng (SBN 225672)
Christopher P. Sun (SBN 250109)
Law Offices of Richard C. J. Wahng
152 Anza Street, Suite 201
Fremont, CA 94539
(510) 490-4447 Telephone
(510) 344-5755 Fax

Attorney for Plaintiff
FIDEL REYES ORTIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FIDEL REYES ORTIZ, an individual, | Civil Action No. CV 14-0296 BLF |
| Plaintiff, | |
| vs. | **STIPULATION OF MUTUAL DISMISSAL; [PROPOSED] ORDER** |
| JERRY'S WELDING & FAB, INC., a California corporation; GERARDO RODRIGUEZ, an individual; and DOES 1 through 20 inclusive, | |
| Defendants. | |

## NOTICE OF DISMISSAL

The parties have settled this matter in mediation on December 11, 2014.  As the parties have executed a written settlement agreement, the parties hereby stipulate and give notice of mutual dismissal with prejudice in the above-captioned action.

///

///

///

///

///

**STIPULATION FOR MUTUAL DISMISSAL**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action, including complaint and counterclaim, be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1) and FRCP 41(c).  The parties further stipulate that side is to bear their own costs.

Dated: February 17, 2015              Law Offices of Richard Wahng
                                       /s/ CHRISTOPHER P. SUN_____
                                      Christopher P. Sun, Attorney for Plaintiff

Dated: February 17, 2015              Johnson & Simoni
                                       /s/  JAMES V. SIMONI_____
                                      James V. Simoni, Attorney for Defendants

**Attestation re: Electronic Signatures**

In compliance with Local Rule 5-1, I, Christopher P. Sun, the efiler of this document hereby attest that each person whose signature block appears above has concurred in this filing.

Dated:  February 17, 2015         By:     /s/  CHRISTOPHER P. SUN    _
                                         Christopher P. Sun

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | The parties' stipulation for mutual dismissal with prejudice of the above-entitled matter |
| 3 | under Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure is hereby GRANTED / |
| 4 | DENIED.  The Court retains jurisdiction to enforce settlement between the parties. |
| 6 | IT IS SO ORDERED. |
| 7 | Dated: February 19, 2015                    /s/ Beth Labson Freeman |
| 8 |                                                           UNITED STATES DISTRICT JUDGE |